Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiffs
BMG MUSIC; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>REBECCA HELLER,<br><br>Defendant. | Case No.: 2:08-cv-02414-JAM-DAD<br><br>Honorable John A. Mendez<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO
EFFECTUATE SERVICE
Case No.: 2:08-cv-02414-JAM-DAD

#42379 v1 saf

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

This matter comes before the Court on Plaintiffs' Application for Extension of Time to Effectuate Service.  Pursuant to the Federal Rules of Civil Procedure Rules 4(m) and 6(b)1, Plaintiffs' time to serve the Defendant with the Summons and Complaint is extended by 90 days from the date of the entry of this Order.

DATED:   February 4, 2009                 /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          United States District Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE
Case No.: 2:08-cv-02414-JAM-DAD

#42379 v1 saf

PDF created with pdfFactory trial version www.pdffactory.com